# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| POTEE FRAZIER, | ) |
| Petitioner, | ) |
| v. | ) 2:06-cv-00824-LSC-JEO |
| LEON FORNISS, WARDEN, and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

## ORDER OF DISMISSAL

In accord with the Memorandum of Opinion entered contemporaneously herewith, it is hereby **ORDERED** that this petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

Costs are taxed to the petitioner.

Done this 26th day of October 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019